## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

IN RE:   Inez Glenn , Debtor                                   CASE NO. 4:16-bk-13631
                                                               **Chapter 13**

### NOTICE OF OPPORTUNITY TO OBJECT TO MODIFIED PLAN

      You are hereby notified that the captioned debtor has filed the attached modification to the plan pursuant to 11 U.S.C. § 1321or 1323 and Rule 3015 or 3019 of the Rules of Bankruptcy Procedure. Objections to confirmation of the plan as modified must be filed with the U.S. Bankruptcy Court at 300 W. 2nd Street, Little Rock, AR 72201 in writing within 28 days from the date of this notice, with copies to the attorney for the debtor and Joyce B. Babin, Trustee, P.O. Box 8064, Little Rock, Arkansas 72203-8064.

      If objections to the Plan as Modified are filed, they will be set for hearing by subsequent notice. If no objections are received, the Plan as modified may be confirmed without further notice or hearing.

DATED: March 9, 2017                                           /s/ Brian H. Light
                                                               Brian H. Light 2014126
                                                               Attorney for Debtor
                                                               2011 S. Broadway
                                                               Little Rock, AR  72206
                                                               (501) 221-3200

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

_____

IN RE: INEZ GLENN                                                                         CHAPTER 13
     DEBTOR
CASE NO. 4:16-bk-13631
_____

## AMENDMENT OF CHAPTER 13 PLAN

COMES NOW Debtor, by and through her Attorneys, Keech Law Firm PA, and for her Amendment of the Chapter 13 Plan states:

1. Payments shall be made in the sum of $1,350.00 per month, monthly by **Direct Pay.** The plan base will be calculated as follows. The total amount payed into the plan ($6,080.00) plus the remaining amount to be paid out over the plan ($1,350.00 x 53 = $71,550.00) for a total base of $77,630.

    X This represents an increase in the amount of the plan payment.

    ☐ This modification does not affect the amount of the plan payment.

    ☐ This represents a decrease in the amount of plan payment.

2. The plan length from the date of filing shall be 60 months.

    ☐ This modification does affect the length of the plan.

    X This modification does not affect the length of the plan.

3. All timely filed unsecured claims are to be paid in full

4. The following changes are to be made to each creditor as set out below:

Creditor Name                                        Change in Treatment/Classification

5. Unsecured creditors shall be paid at least as much as they would receive under Chapter 7.

6. All other provisions as set forth in the last plan shall remain the same.

      7. Debtor will pay all disposable income to the Trustee for the benefit of the unsecured creditors.

Date: March 9, 2017

                                            Respectfully Submitted,
                                            Inez Glenn

                                            By and through her Attorneys,
                                            Keech Law Firm, PA
                                            2011 S. Broadway St.
                                            Little Rock, AR 72206
                                            Tel: (501) 221-3200
                                            Fax: (501) 221-3200

                                            By: /s/ Brian Harry Light
                                            Brian Harry Light
                                            ARSC No. 2014126